AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxx xxxxxx xxxxxx xxx
Washington, DC

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ____Jill Vorndran____ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigation___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
xxxx xxxxxx xxxxxx xx; Washington, DC; THE PREMISES ARE DESCRIBED AS FOUR STORY YELLOW BRICK ROW HOUSE WITH BLACK SHUTTERS WITH WHITE TRIM. THE NUMBERS 3803 ARE BLACK IN COLOR AND ARE AFFIXED ABOVE THE FRONT DOOR WHICH IS BLACK IN COLOR. THERE ARE RED STEPS WITH BLACK RAILINGS LEADING TO THE FRONT DOOR.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
contraband and evidence of violations of federal criminal law including computer hardware, software and electronic evidence, documents and records relating to the possession and distribution of child pornography and indicia of occupancy.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Contraband and evidence of crime.

concerning a violation of Title _18_ United States Code, Section(s) _§2252A_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Patricia Stewart
Federal Major Crimes
(202) 514-7064

Signature of Affiant
Jill Vorndran, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer