| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 1/23/2006 | 1/23/2006  7:30 PM | ON DESK AS OWNER IS OUT OF COUNTRY |

INVENTORY MADE IN THE PRESENCE OF

SA Steve Schmidt, FBI

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached list of items Seized and Receipt of Property.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA _____

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

**FILED**

FEB 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2-1-06
Date

# U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

On (date) 01/23/2006

At (time) 7:30 PM

(Name) ___

(Location) ___
Washington, DC

Item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | White 8" x 11" notepad containg references to email addresses and websites |
| 2 | Spiral notebooks, address book, printed documents |
| 3 | One (1) Kyocera digital camera |
| 4 | Envelope with photographs |
| 5 | Contact lists |
| 6 | one floppy disk in envelope marked "scan and disk Q 6" |
| 7 | Rope, white dildo, black dildo, woman's wig, woman's bra/panty |
| 8 | 21 VHS video tapes |
| 9 | Canon MiniDV Video camera, with tape inside |
| 10 | Printout of itinerary (tavelocity) from Washington DC to Santiago D Cmpst, Spain |
| 11 | Two (2) unmarked CDRs, two (2) unmarked DVDRs |
| 12 | Misc. papers containing web addresses, email addresses, telephone numbers, credit card bills (MBNA, AT&T), document from web re: gaydogslave |
| 13 | Address book |
| 14 | Motorola Razor cell phone |
| 15 | Three video tapes (2 Hi8, 1 MiniDV) |
| 16 | Receipt for Gateway notebook computer |
| 17 | Four (4) SD cards, two (2) 3 1/2 inch computer diskettes |
| 18 | One (1) Canon SD memory card SDC 16M |
| 19 | Twelve (12) 3 1/2 inch computer disks, 7 DVDrs, 3 CDrs |
| 20 | Handwritten notes, circuit city receipt for Gateway computer, printed documents |
| 21 | One address/telephone book |
| 22 | Three (3) 3.5 inch floppy disks |
| 23 | Faxed letter received relating to cell phone purchases |

| ITEM# | DESCRIPTION |
|-------|-------------|
| 24 | One (1) 3com U.S. Robotics cable modem (sn 6WDHDE0636) and power supply |
| 25 | HP Pavilion 725n Computer CPU (system #DF247A, serial number MX31617043) |
| 26 | HP Pavilion 8655C computer CPU (support ID 03-9949-0000-0180-6283, system #D9949A, serial number US01806283) |
| 27 | One (1) unmarked CD |
| 28 | One (1) Panasonic miniDV video tape |
| 29 | Two (2) floppy disks |

**(END OF LIST)**                                    Total of 29 Item(s) Listed

This is to certify that Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, at the time of conducting a search of my person and/or the property (3803 Benton Street, NW Washington, DC) obtained the above listed items. I further certify that the above represents all that was obtained by Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice.

*OWNER OF RESIDENCE NOT PRESENT*      01/23/2006
Signature

Witnessed:      *Stephen K. Schmidt*

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice